FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

NOV 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES; THE WILDERNESS SOCIETY; DEFENDERS OF WILDLIFE; NATIONAL AUDUBON SOCIETY; WILDERNESS WATCH; CENTER FOR BIOLOGICAL DIVERSITY; NATIONAL WILDLIFE REFUGE ASSOCIATION; ALASKA WILDERNESS LEAGUE; SIERRA CLUB, | No. 20-35721 <br><br> D.C. No. 3:19-cv-00216-JWS District of Alaska, Anchorage <br><br> **ORDER** |

Plaintiffs-Appellees,

v.

DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE,

Defendants-Appellants,

and

KING COVE CORPORATION; AGDAAGUX TRIBE OF KING COVE; NATIVE VILLAGE OF BELKOFSKI; STATE OF ALASKA,

Intervenor-Defendants.

FRIENDS OF ALASKA NATIONAL
WILDLIFE REFUGES; THE
WILDERNESS SOCIETY; DEFENDERS
OF WILDLIFE; NATIONAL AUDUBON
SOCIETY; WILDERNESS WATCH;
CENTER FOR BIOLOGICAL
DIVERSITY; NATIONAL WILDLIFE
REFUGE ASSOCIATION; ALASKA
WILDERNESS LEAGUE; SIERRA CLUB,

          Plaintiffs-Appellees,

  v.

DEBRA HAALAND, in her official
capacity as Secretary of the U.S. Department
of the Interior; U.S. DEPARTMENT OF
THE INTERIOR; UNITED STATES FISH
AND WILDLIFE SERVICE,

          Defendants,

STATE OF ALASKA,

          Intervenor-Defendant,

 and

KING COVE CORPORATION;
AGDAAGUX TRIBE OF KING COVE;
NATIVE VILLAGE OF BELKOFSKI,

          Intervenor-Defendants-
          Appellants.

No.   20-35727

D.C. No. 3:19-cv-00216-JWS

2

FRIENDS OF ALASKA NATIONAL
WILDLIFE REFUGES; THE
WILDERNESS SOCIETY; DEFENDERS
OF WILDLIFE; NATIONAL AUDUBON
SOCIETY; WILDERNESS WATCH;
CENTER FOR BIOLOGICAL
DIVERSITY; NATIONAL WILDLIFE
REFUGE ASSOCIATION; ALASKA
WILDERNESS LEAGUE; SIERRA CLUB,

        Plaintiffs-Appellees,

  v.

DEBRA HAALAND, in her official
capacity as Secretary of the U.S. Department
of the Interior; U.S. DEPARTMENT OF
THE INTERIOR; UNITED STATES FISH
AND WILDLIFE SERVICE,

        Defendants,

KING COVE CORPORATION;
AGDAAGUX TRIBE OF KING COVE;
NATIVE VILLAGE OF BELKOFSKI,

        Intervenor-Defendants,

 and

STATE OF ALASKA,

      Intervenor-Defendant-
      Appellant.

No.   20-35728

D.C. No. 3:19-cv-00216-JWS

3

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judge VanDyke did not participate in the deliberations or vote in this case.